**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Anil Kumar GUPTA, Defendant—
Appellant.**

No. 02–10348, 02–10370.

D.C. Nos. CR–01–00220–PMP,
CR–02–00085–PMP/PAL.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 18, 2003.

Before CANBY, O'SCANNLAIN, and
T.G. NELSON, Circuit Judges.

MEMORANDUM**

Anil Kumar Gupta appeals the sentence imposed following his guilty plea to two counts of wire fraud (18 U.S.C. § 1343) in District Court Case No. CR–02–085–PMP(PAL) and one count of conspiracy (18 U.S.C. § 371) in District Court Case No. CR–01–220–PMP(RJJ). Gupta contends that the district court erred in denying his motion for a downward departure due to the harshness of conditions under which Gupta was forced to live while a federal detainee at the North Las Vegas Detention Center. We lack jurisdiction because Gupta knowingly and voluntarily waived his right to appeal. *United States v. Nguyen,* 235 F.3d 1179, 1182–83 (9th Cir.2000).

These appeals are **DISMISSED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

